IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES KEEN                                                                                    PLAINTIFF

v.                          No. 4:17-cv-11-DPM-JJV

RODNEY WRIGHT, Sheriff, Saline
County Detention Center; T. PARKER,
Sergeant, Saline County Detention Center;
ALLEN LANECASTER, Maintenance,
Saline County Jail; PERRY, Deputy
Jailer, Saline County Jail; and COLE,
Corporal, Saline County Detention
Center                                                                                        DEFENDANTS

ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Keen's claims against Wright are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 February 2017