IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES KEEN**
**ADC # 160080**                                                              **PLAINTIFF**

v.                            No. 4:17-cv-11-DPM

**T. PARKER, Sergeant, Saline County**
**Detention Center; ALLEN LANECASTER,**[*]
**Maintenance, Saline County Jail;**
**PERRY, Deputy Jailer, Saline County**
**Jail; and COLE, Corporal, Saline**
**County Detention Center**                                                   **DEFENDANTS**

ORDER

1. On *de novo* review, the Court declines the Magistrate's recommendation, № 22. FED. R. CIV. P. 72(b)(3). Keen's objection, № 25 at 3–5, raises (belatedly) genuine issues of material fact on whether and how long he went without water to drink. The motion for summary judgment, № 19, is denied.

2. Keen's alternate motion to dismiss, № 26, is granted. Keen isn't able to prosecute this case on his own, and doesn't wish to continue. The complaint will be dismissed without prejudice.

---

[*]The Court directs the Clerk to amend the docket to reflect the proper spelling of Defendant Allen Lanecaster's name.

3. Keen's motion to amend his claims, № 27, and the motion to appoint counsel, № 28, are denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 July 2017