IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES KEEN
ADC # 160080                                                              PLAINTIFF

v.                          No. 4:17-cv-11-DPM

RODNEY WRIGHT, Sheriff, Saline
County Detention Center; T. PARKER,
Sergeant, Saline County Detention Center;
ALLEN LANECASTER, Maintenance,
Saline County Jail; PERRY, Deputy
Jailer, Saline County Jail; and COLE,
Corporal, Saline County Detention
Center                                                                    DEFENDANTS

## JUDGMENT

Keen's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 July 2017